ABRAM A. WEIGERT, Respondent, v. MORRIS JACKSON and Others, Defendants,

Impleaded with Henry Jackson, Individually and as Executor, etc., of Rebecca Weigert, Deceased, Appellant.— Order denying motion to vacate notice of examination before trial modified by striking out items h, i, j, k, l and m of the notice of examination, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The date for the examination to proceed to be fixed in the order. Order denying motion for a reargument affirmed. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Victor Greiff, Suing, etc., Respondent, v. Radio Receptor Co., Inc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.